*In re* **Stewart,** Stanley Kirk (MR 18620)
Chicago, IL

Order of the Court:

The motion by Stanley Kirk Stewart to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.

*In re* **Utz,** John E.(MR 18637)
Evergreen Park, IL

Order of the Court:

The motion by John E. Utz to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.